AO 399 (Rev. 10/95)

## WAIVER OF SERVICE OF SUMMONS

TO: James Craigie
35 Far Hills Drive
Avon, CT 06001

    James Craigie acknowledges receipt of your request that I waive service of summons in the action of <u>Dennis Paren v. James Craigie and Daniel Frey</u>, which is case number <u>04-30127-MAP</u> in the United States District Court for the District of Massachusetts, Western Section.

    I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

    I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that James Craigie be served with judicial process in the manner provided by Rule 4.

    James Craigie will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

    I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after July 16, 2004.

7/28/04
Date

_____
Signature

James Craigie
Printed/Typed Name: