UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DENNIS PAREN, )<br>)<br>                Plaintiff )<br>)<br>v. )<br>)<br>JAMES CRAIGIE, INDIVIDUALLY and )<br>DANIEL FREY, INDIVIDUALLY, )<br>)<br>                Defendants )<br>) | Civil Action No. 04-30127-MAP<br><br>**DEFENDANTS' MOTION TO ADMIT STEVEN R. WALL <u>PRO</u> <u>HAC</u> <u>VICE</u>** |

      Pursuant to Local Rule 83.5.3, Defendants James Craigie and Daniel Frey ("Defendants"), by and through their undersigned counsel, hereby move this Court to admit Steven R. Wall <u>pro</u> <u>hac</u> <u>vice</u>.

      As set forth in the accompanying affidavit, Mr. Wall is a member in good standing of the Bar of the Commonwealth of Pennsylvania.  Mr. Wall is also admitted to practice before the United States District Courts for the Eastern and Middle Districts of Pennsylvania, the Eastern District of Wisconsin, and the District of Connecticut.  Mr. Wall is also admitted to practice before the United States Courts of Appeals for the Second, Third, Fourth, Fifth, Seventh and Eleventh Circuits and the United States Supreme Court.  Additionally, Mr. Wall is familiar with the issues and relevant applicable laws involved in this case and his participation as counsel would be of invaluable assistance in this action.

      In support of this application, Defendants respectfully call the Court's attention to the Affidavit of Steven R. Wall attached hereto.

WHEREFORE, Defendants respectfully request that their Motion to Admit Steven R. Wall pro hac vice be allowed.

Dated: September 29, 2004                The Defendants
                                         JAMES CRAIGIE and DANIEL FREY
                                         By Their Attorney:


                                         /s/ Jeffrey E. Poindexter
                                         Jeffrey E. Poindexter – BBO No. 631922
                                         Bulkley, Richardson and Gelinas, LLP
                                         1500 Main Street, Suite 2700
                                         Springfield, MA  01115-5507
                                         Tel: (413) 781-2820
                                         Fax: (413) 272-6803