UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DENNIS PAREN, <br><br> Plaintiff <br><br> v. <br><br> JAMES CRAIGIE, INDIVIDUALLY and DANIEL FREY, INDIVIDUALLY, <br><br> Defendants | Civil Action No. 04-30127-MAP <br><br> **DEFENDANTS' MOTION TO ADMIT TAMSIN J. NEWMAN PRO HAC VICE** |

Pursuant to Local Rule 83.5.3, Defendants James Craigie and Daniel Frey ("Defendants"), by and through their undersigned counsel, hereby move this Court to admit Tamsin J. Newman pro hac vice.

As set forth in the accompanying affidavit, Ms. Newman is a member in good standing of the Bars of the Commonwealth of Pennsylvania and the States of New Jersey and New York. Ms. Newman is also admitted to practice before the United States District Courts for the Eastern District of Pennsylvania, the Eastern District of Michigan, the Western District of New York, the Southern District of New York, and the District of New Jersey. Ms. Newman is also admitted to practice before the United States Courts of Appeals for the Third and Tenth Circuits. Additionally, Ms. Newman is familiar with the issues and relevant applicable laws involved in this case and her participation as counsel would be of invaluable assistance in this action.

In support of this application, Defendants respectfully call the Court's attention to the Affidavit of Tamsin J. Newman attached hereto.

WHEREFORE, Defendants respectfully request that their Motion to Admit Tamsin J. Newman pro hac vice be allowed.

Dated: September 29, 2004               The Defendants
                                        JAMES CRAIGIE and DANIEL FREY
                                        By Their Attorney:


                                        /s/  Jeffrey E. Poindexter
                                        Jeffrey E. Poindexter – BBO No. 631922
                                        Bulkley, Richardson and Gelinas, LLP
                                        1500 Main Street, Suite 2700
                                        Springfield, MA  01115-5507
                                        Tel: (413) 781-2820
                                        Fax: (413) 272-6803