UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| DENNIS PAREN, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | **CERTIFICATION OF** |
| v. | ) | **TAMSIN J. NEWMAN** |
| | ) | |
| JAMES CRAIGIE, INDIVIDUALLY and | ) | |
| DANIEL FREY, INDIVIDUALLY, | ) | |
| | ) | |
| Defendants | ) | |
| | ) | |

I, Tamsin J. Newman , state as follows:

1. I am an attorney practicing in the Commonwealth of Pennsylvania.

2. I am a member of the bars of the Commonwealth of Pennsylvania and the States of New Jersey and New York. I am admitted to practice before the United States District Court for the Eastern District of Pennsylvania, the Eastern District of Michigan, the Western District of New York, the Southern District of New York, the District of New Jersey and the United States Courts of Appeals for the Third and Tenth Circuits.

3. I am in good standing in every jurisdiction in which I have been admitted to practice.

4. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

5. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

6. I am familiar with the applicable law and issues in this lawsuit. My appearance and participation in this matter is necessary for the proper and effective representation of Defendants James Craigie and Daniel Frey.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing

information is true and correct, based upon my knowledge, information and belief.

Tamsin J. Newman

Dated: 9/22/04

2