UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DENNIS PAREN, | |
| Plaintiff | |
| v. | **CERTIFICATION OF STEVEN R. WALL** |
| JAMES CRAIGIE, INDIVIDUALLY and DANIEL FREY, INDIVIDUALLY, | |
| Defendants | |

I, Steven R. Wall, state as follows:

1. I am an attorney practicing in the Commonwealth of Pennsylvania.

2. I am a member of the bar of the Commonwealth of Pennsylvania. I am admitted to practice before the United States District Courts for the Eastern and Middle Districts of Pennsylvania, the Eastern District of Wisconsin, the District of Connecticut, the United States Courts of Appeals for the Second, Third, Fourth, Fifth, Seventh and Eleventh Circuits and the United States Supreme Court.

3. I am in good standing in every jurisdiction in which I have been admitted to practice.

4. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

5. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

6. I am familiar with the applicable law and issues in this lawsuit. My appearance and participation in this matter is necessary for the proper and effective representation of Defendants James Craigie and Daniel Frey.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing information is true and correct, based upon my knowledge, information and belief.

_____
Steven R. Wall

Dated: 9/26/04