UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DENNIS PAREN,<br>    Plaintiff<br><br>v.<br><br>JAMES CRAIGIE, INDIVIDUALLY<br>and DANIEL FREY, INDIVIDUALLY<br>    Defendants | CIVIL ACTION NO.: 04-30127-MAP |

## JOINT STATEMENT OF THE PARTIES

Pursuant to the Notice of Scheduling Conference dated November 2, 2004, and in accordance with Federal Rule of Civil Procedure 16(b) and Local Rule 16.1, counsel for the Plaintiff Dennis Paren and counsel for Defendants James Craigie and Daniel Frey have conferred and submit the following:

A. Proposed Pretrial Schedule

  1. All Automatic Disclosures- completed

  2. All Discovery to be completed by May 31, 2005

  3. All Expert Discovery to be completed by August 30, 2005

  4. All Rule 56 Motions For Summary Judgment due September 30, 2005

  5. All Oppositions to Motions For Summary Judgment due November 15, 2005

  6. Reply Memoranda in further support of Rule 56 Motions due December 2, 2005

B. Guidelines Agreed To By The Parties

  1. Memoranda supporting or opposing a Rule 56 Motion shall not exceed fifty (50) pages. Reply memoranda shall not exceed twenty (20) pages.

2. The parties intend to enter into an agreement protecting the confidentiality of certain documents. If a party wishes to file any document protected by such agreement with the Court (e.g., in support of or in opposition to a Rule 56 motion), such document shall be filed under seal.

C. **CERTIFICATION**

The undersigned hereby certify that they have conferred with the parties regarding a) establishing a budget for the costs of conducting litigation at all phases; and b) to consider resolution of this litigation through the use of alternative dispute resolution programs. Counsel for both parties have forwarded certifications to their clients for execution and will submit them to the Court for filing at the Scheduling Conference.

| THE PLAINTIFF,<br>DENNIS A. PAREN | THE DEFENDANTS,<br>JAMES CRAIGIE, INDIVIDUALLY<br>and DANIEL FREY, INDIVIDUALLY |
|---|---|
| /s/ signature<br>Lisa Brodeur-McGan, his attorney<br>Cooley, Shrair, P.C.<br>1380 Main Street<br>Springfield, MA  01103<br>BBO# 556755<br>Tel (413) 735-8025; Fax (413) 733-3042 | /s/ Jeffrey E. Poindexter<br>Jeffrey E. Poindexter, by their attorney<br>Bulkley, Richardson & Gelinas, LLP<br>1500 Main Street, Suite 2700<br>Springfield, MA  01115<br><br>Steven R. Wall (*pro hac vice*)<br>Tamsin J. Newman (*pro hac vice*)<br>Morgan Lewis & Bockius, LLP<br>1701 Market Street<br>Philadelphia, PA  19103-2921<br>Tel. 215-963-4928/5201 |