UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DENNIS PAREN,<br>　　　　　　Plaintiff<br><br>v.<br><br>JAMES CRAIGIE, INDIVIDUALLY<br>and DANIEL FREY, INDIVIDUALLY<br>　　　　　　Defendants | )<br>)<br>)<br>)<br>)<br>)  CIVIL ACTION NO.: 04-30127-MAP<br>)<br>)<br>)<br>) |

**CERTIFICATION OF DANIEL FREY**

Defendant Daniel Frey hereby certifies that, pursuant to Local Rule 16.1(D)(3), he has conferred with his counsel regarding the following matters:

(a)　establishing a budget for the costs of conducting the full course – and various alternative course – of the litigation; and

(b)　considering the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　DANIEL FREY

DATED: December 8, 2004