UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| DENNIS PAREN, | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO.: 04-30127-MAP |
| | ) | |
| JAMES CRAIGIE, INDIVIDUALLY | ) | |
| and DANIEL FREY, INDIVIDUALLY | ) | |
| Defendants | ) | |

## CERTIFICATION OF JAMES CRAIGIE

Defendant James Craigie hereby certifies that, pursuant to Local Rule 16.1(D)(3), he has

conferred with his counsel regarding the following matters:

(a)    establishing a budget for the costs of conducting the full course – and various

alternative course – of the litigation; and

(b)    considering the resolution of the litigation through the use of alternative dispute

resolution programs such as those outlined in Local Rule 16.4.

JAMES CRAIGIE

DATED: December ___8___, 2004