UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DENNIS PAREN,                         )
        Plaintiff            )
                                      )
v.                                    )    Civil Action No. 04-30127-KPN
                                      )
                                      )
JAMES CRAIGIE, Individually and       )
DANIEL FREY, Individually             )
        Defendants           )

SCHEDULING ORDER
December 10, 2004

NEIMAN, U.S.M.J.

The following schedule was established at the initial scheduling conference this day:

1. All non-expert discovery, including depositions shall be completed by May 31, 2005.

2. Counsel shall appear for a case management conference on June 7, 2005, at 3:00 p.m. in Courtroom Three.

IT IS SO ORDERED.

    /s/ Kenneth P. Neiman
KENNETH P. NEIMAN
U.S. Magistrate Judge