UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| DENNIS PAREN,<br>    Plaintiff<br><br>v.<br><br>JAMES CRAIGIE, INDIVIDUALLY<br>and DANIEL FREY, INDIVIDUALLY<br>    Defendants | )<br>)<br>)<br>)<br>)<br>) CIVIL ACTION NO.: 04-30127-MAP<br>)<br>)<br>)<br>) |

## CERTIFICATION OF DENNIS PAREN

Plaintiff Dennis Paren hereby certifies that, pursuant to Local Rule 16.1(D)(3), he has conferred with his counsel regarding the following matters:

 a) establishing a budget for the costs of conducting the full course, and various alternative courses, of the litigation; and

 b) considering the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

                _/s/ Dennis A. Paren_
                Dennis Paren

Dated: December ____, 2004

{Document=X:\DOCS\24786\1\motion\00071677.DOC;1}