LAW OFFICES

# COOLEY, SHRAIR P.C.

1380 MAIN STREET – FIFTH FLOOR
SPRINGFIELD, MASSACHUSETTS 01103-1616

TELEPHONE (413) 781-0750    TELECOPIER (413) 733-3042

WRITERS DIRECT DIAL
(413) 735-8025

EMAIL: lbrodeurmcgan@cooleyshrair.com

LISA BRODEUR-McGAN

FILE NO. 24786.1

February 18, 2005

The Honorable Charles B. Swartwood, III
404 Harold D. Donohue Federal Building & Courthouse
595 Main Street
Worcester, MA 01608-2076

ATTN: LISA ROLAND

    RE:    *Dennis A. Paren v. James Craigie and Daniel Frey*
            Docket No. 04-30127-MAP

Dear Ms. Roland:

    This is written confirmation that all parties to the above matter have agreed to mediate on March 7, 2005, from 10:00 to 1:00 in Worcester. I understand that you are awaiting the file, but I wanted to confirm this date with you and with Magistrate Neiman's clerk, who I have copied herewith.

    Thank you for your time and attention to this matter.

Very truly yours,

Lisa Brodeur-McGan

LBM:sl
c. Jeffrey E. Piondexter, Esq.
   Tamsin J. Newman, Esq.
   Steven R. Wall, Esq.
   Bethany Healey, Clerk, USDC

{Document=X:\DOCS\24786\1\lettmemo\00074613.DOC;1}