UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

<u>DENNIS PAREN</u>
      Plaintiff(s)

V.

<u>JAMES CRAIGIE and DANIEL FREY</u>
      Defendant(s)

CIVIL ACTION

NO. <u>04-30127-KPN</u>

REPORT RE: REFERENCE FOR
ALTERNATIVE DISPUTE RESOLUTION

TO JUDGE <u>NEIMAN</u>

<u>SWARTWOOD, C.M.J.</u>

On <u>March 7, 2005</u> I held the following ADR proceeding:

 ____ EARLY NEUTRAL EVALUATION   _X_ MEDIATION
 ____ MINI-TRIAL   ____ SUMMARY JURY TRIAL
 ____ SETTLEMENT CONFERENCE

All parties were represented by counsel [except _____]

The parties were present in person or by authorized corporate officer [except _____].

The case was:

[ ] Settled. Your clerk should enter a _____ day order of dismissal.

[ ] There was progress. A further conference has been scheduled for _____ unless the case is reported settled prior to that date.

[X] Further efforts to settle this case at this time are, in my judgment, unlikely to be productive. This case should be restored to your trial list.

[ ] Suggested strategy to facilitate settlement:
  _____
  _____


<u>March 7, 2005</u>        <u>/s/Charles B. Swartwood, III</u>
__DATE           UNITED STATES MAGISTRATE JUDGE


(adrrpt. - 01/96)             [adrrpt.]