UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DENNIS PAREN,                    )
        Plaintiff    )
                     )
v.                               )   Civil Action No.  04-30127-MAP
                     )
                     )
JAMIE CRAIGIE and DANIEL FREY,   )
        Defendants   )

SCHEDULING ORDER
June 30, 2005

NEIMAN, U.S.M.J.

The following schedule was established at the case management conference this day:

1. Any motions to compel shall be filed by July 22, 2005, to which responses are due by August 12, 2005.

2. Plaintiff's depositions of Defendants shall take place by September 9, 2005, in Princeton, New Jersey.

3. Defendants shall file their motion for summary judgment by September 30, 2005, or inform the court in writing by that date that no such motion will be filed.

4. Plaintiff shall file his opposition to Defendants' motion, if any, by December 17, 2005.

5. If no motion for summary judgment is filed, counsel shall appear for a

case management conference in Courtroom III on October 7, 2005, at

10:30 a.m.

IT IS SO ORDERED.

                                               /s/ Kenneth P. Neiman  
                                              KENNETH P. NEIMAN  
                                              U.S. Magistrate Judge