UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DENNIS PAREN, )<br>       Plaintiff )<br>)<br>v. )<br>)<br>)<br>JAMIE CRAIGIE and DANIEL FREY, )<br>       Defendants ) | Civil Action No.  04-30127-MAP |

REVISED SCHEDULING ORDER
August 29, 2005

NEIMAN, U.S.M.J.

The following schedule shall replace the scheduling order of June 30, 2005, paragraph 4 thereof being in error:

1. Plaintiff's depositions of Defendants shall take place by September 9, 2005, in Princeton, New Jersey.

2. Defendants shall file their motion for summary judgment by September 30, 2005, or inform the court in writing by that date that no such motion will be filed.

3. Plaintiff shall file his opposition to Defendants' motion, if any, by October 17, 2005.

4. If no motion for summary judgment is filed, counsel shall appear for a case management conference in Courtroom III on October 7, 2005, at 10:30 a.m.

IT IS SO ORDERED.

 /s/ Kenneth P. Neiman
KENNETH P. NEIMAN
U.S. Magistrate Judge

Case 3:04-cv-30127-KPN     Document 25     Filed 08/29/2005     Page 2 of 2