UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **Dennis Paren,** : | |
| : | |
| Plaintiff, : | Civil Action No. 04-30127-MAP |
| : | |
| v. : | |
| : | |
| **James Craigie, Individually and** : | |
| **Daniel Frey, Individually,** : | |
| : | |
| Defendants. : | |

**MOTION FOR SUMMARY JUDGMENT
OF DEFENDANTS JAMES CRAIGIE AND DANIEL FREY**

Defendants James Craigie and Daniel Frey, through their attorneys, hereby move this Court for an Order pursuant to Rule 56 of the Federal Rules of Civil Procedure granting summary judgment in their favor on all counts of Plaintiff Dennis Paren's Complaint. In

support of their Motion, Defendants rely on the attached memorandum of law and accompanying exhibits and affidavits.

        Respectfully submitted,

        The Defendants
        JAMES CRAIGIE, INDIVIDUALLY AND
        DANIEL FREY, INDIVIDUALLY
        By Their Attorneys

        /s/ Jeffrey E. Poindexter
        Jeffrey E. Poindexter, BBO #631922
        Bulkley, Richardson and Gelinas, LLP
        1500 Main Street, Suite 2700
        Springfield, Massachusetts 01115
        Tel. 413-781-2820; Fax. 413-785-5060

        Of Counsel:
        Steven R. Wall (admitted *pro hac vice*)
        Tamsin J. Newman (admitted *pro hac vice*)
        Morgan, Lewis & Bockius LLP
        1701 Market Street
        Philadelphia, PA  19103
        215.963.4928/5201

Dated:  September 30, 2005

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was filed electronically and served upon the following by facsimile and overnight mail on Friday, September 30, 2005:

    Lisa Brodeur-McGan, Esquire
    Brodeur-McGan, Attorneys at Law
    1380 Main Street – Suite 201
    Springfield, MA 01103-1440
    413.733.3042 (fax)

                                              /s/ Jeffrey E. Poindexter
                                              Jeffrey E. Poindexter, Esquire

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **Dennis Paren,** | : | |
| | : | |
| Plaintiff, | : | Civil Action No. 04-30127-MAP |
| | : | |
| v. | : | |
| | : | |
| **James Craigie, Individually and Daniel Frey, Individually,** | : | |
| | : | |
| Defendants. | : | |

# ORDER

**AND NOW**, this _____ day of _____, 2005, upon consideration of the Motion for Summary Judgment of Defendants James Craigie and Daniel Frey and papers in support thereof, and Plaintiff's response thereto, it is hereby **ORDERED** that Defendants' Motion is granted and judgment is hereby entered in favor of Defendants on all counts of the Complaint, which is dismissed in its entirety with prejudice.

_____
Neiman, M.J.