UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

IN CLERK'S OFFICE FILED
2005 OCT 11 P 3: 01
U.S. DISTRICT
DISTRICT OF

| | |
|---|---|
| DENNIS PAREN,<br>        Plaintiff<br><br>v.<br><br>JAMES CRAIGIE, INDIVIDUALLY<br>and DANIEL FREY, INDIVIDUALLY<br>        Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

CIVIL ACTION NO.: 04-30127-MAP

## ASSENTED TO MOTION FOR A TWO-WEEK EXTENSION OF TIME TO OCTOBER 31, 2005 FOR PLAINTIFF TO RESPOND TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

**Now comes** the plaintiff, Dennis Paren, with this assented to Motion requesting additional time to respond to the Summary Judgment Motion filed by defendants on September 30, 2005.

As grounds therefore, plaintiff states that:

1) The original Scheduling Order, created after the Scheduling Conference in June 2005 (Exhibit A), provided that plaintiff may oppose such motion by December 17, 2005.

2) Plaintiff's counsel diaried same as deadline for the opposition.

3) On August 29 a Revised Scheduling Order was issued, giving an opposition deadline of October 17, 2005 (Exhibit B), but revised it again on October 3, stating again the deadline was December 17 (Exhibit C).

4) Two days later, the opposition deadline was again revised to October 17, 2005 (Exhibit D).

5) Defendants have filed a significant summary judgment motion that requires plaintiff to review and provide affidavits.

6)      According to Plaintiff's counsel, she does not have the ability to oppose Defendants' Motion by October 17 given the upcoming holiday and her and her client's schedule.

7)      Plaintiff has sought the assent of defense counsel, Tamsin Newman, who has agreed to an extension of two weeks, until October 31, 2005, conditioned upon Plaintiff's agreement that Defendants may file a reply memorandum on or before November 14, 2005, should they believe it necessary. Plaintiff has agreed to this condition. (Exhibit E).

8)      Plaintiff seeks this Court's permission to allow until October 31, 2005 to file an opposition to the summary judgment motion.

9)      Plaintiff has agreed that Defendants may be permitted to file a reply memorandum on or before November 14, 2005, should they believe it necessary.

**Wherefore,** plaintiff respectfully requests this Court extend the period of time to file an opposition to Defendants' Motion for Summary Judgment by two weeks, to October 31, 2005.

THE PLAINTIFF,
DENNIS A. PAREN

Date: October 11, 2005

_____

Lisa Brodeur-McGan, his attorney
Cooley, Shrair, P.C.
1380 Main Street
Springfield, MA 01103
BBO# 556755
Tel (413) 735-8025; Fax (413)733-3042

ASSENTED TO BY:

Jeffrey E. Poindexter /by Lisa Brodeur McG
Jeffrey E. Poindexter, Attorney for Defendants
Bulkley, Richardson & Gelinas, LLP
1500 Main Street, Suite 2700
Springfield, MA 01115
BBO# 631922
(413) 781-2820; Fax (785-5060)

CERTIFICATE OF SERVICE

      I, Lisa Brodeur-McGan, do hereby certify that I made service of the foregoing document on this 11th day of October, 2005, by first class mail, postage pre-paid, to:  Steven R. Wall, Morgan, Lewis & Bockius, LLP, 1701 Market Street, Philadelphia, PA  19103-2921; and Jeffrey E. Poindexter, Esq., Bulkley Richardson & Gelinas, LLP, 1500 Main Street, Suite 2700, Springfield, MA  01115.

                                          Lisa Brodeur-McGan

3

Exhibit A

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DENNIS PAREN,                            )
                    Plaintiff            )
                                         )
         v.                              )      Civil Action No.  04-30127-MAP
                                         )
                                         )
JAMIE CRAIGIE and DANIEL FREY,           )
                    Defendants           )

SCHEDULING ORDER
June 30, 2005

NEIMAN, U.S.M.J.

The following schedule was established at the case management conference

this day:

1.     Any motions to compel shall be filed by July 22, 2005, to which responses

       are due by August 12, 2005.

2.     Plaintiff's depositions of Defendants shall take place by September 9,

       2005, in Princeton, New Jersey.

3.     Defendants shall file their motion for summary judgment by September 30,

       2005, or inform the court in writing by that date that no such motion will be

       filed.

4.     Plaintiff shall file his opposition to Defendants' motion, if any, by

       December 17, 2005.

5.     If no motion for summary judgment is filed, counsel shall appear for a

case management conference in Courtroom III on October 7, 2005, at

10:30 a.m.

IT IS SO ORDERED.

/s/ Kenneth P. Neiman
KENNETH P. NEIMAN
U.S. Magistrate Judge

**Sharon Lefeave**

**From:**    ECFnotice@mad.uscourts.gov
**Sent:**    Friday, July 01, 2005 9:50 AM
**To:**      CourtCopy@mad.uscourts.gov
**Subject:** Activity in Case 3:04-cv-30127-KPN Paren v. Craigie et al "Scheduling Order"

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.**

## United States District Court

### District of Massachusetts

Notice of Electronic Filing

The following transaction was received from Finn, Mary entered on 7/1/2005 at 9:50 AM EDT and filed on 6/30/2005
**Case Name:**        Paren v. Craigie et al
**Case Number:**      3:04-cv-30127
**Filer:**
**Document Number:** 22

**Docket Text:**
Judge Kenneth P. Neiman : SCHEDULING ORDER entered. Any motions to compel to be filed by 7/22/2005, to which responses are due 8/12/2005. Pltf's depo. of Defts. shall take place by 9/09/2005, in Princeton, NJ. Defts. shall file their motion for S/J by 9/30/2005, or inform the Court in writing by that date that no such motion will be filed. Pltf's opp. to motion, if any, due 12/17/2005. If no motion for S/J is filed, Counsel to appear for a Case Management Conf. on 10/7/2005 at 10:30 AM in Courtroom 3 before Magistrate Judge Kenneth P. Neiman; cc/cl.(Finn, Mary)

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**yes
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1029851931 [Date=7/1/2005] [FileNumber=1036025-0]
[a85cd43af721d2cc0113369de07fd965bb2c775a166a3c916ef13b6ac84e9c0fefcc
8d77c1c3dfda021d014300f101fb23ada13c1c98af78ff972a10906bc361]]

**3:04-cv-30127 Notice will be electronically mailed to:**

Lisa Brodeur-McGan    lbrodeurMcGan@verizon.net, slefeave@verizon.net

Jeffrey E. Poindexter   jpoindexter@bulkley.com, ahunt@bulkley.com

**3:04-cv-30127 Notice will not be electronically mailed to:**

Tamsin J. Newman
Morgan, Lewis and Bockius LLP
1701 Market Street
Philadelphia, 19103-2921

Steven R. Wall
Morgan, Lewis & Bockius
1701 Market Street
Philadelphia, PA 19103-2921

Exhibit B

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DENNIS PAREN,                          )
                        Plaintiff      )
                                       )
        v.                             )        Civil Action No.  04-30127-MAP
                                       )
                                       )
JAMIE CRAIGIE and DANIEL FREY,         )
                        Defendants     )


REVISED SCHEDULING ORDER
August 29, 2005

NEIMAN, U.S.M.J.

The following schedule shall replace the scheduling order of June 30, 2005,

paragraph 4 thereof being in error:

1.    Plaintiff's depositions of Defendants shall take place by September 9,

      2005, in Princeton, New Jersey.

2.    Defendants shall file their motion for summary judgment by September 30,

      2005, or inform the court in writing by that date that no such motion will be

      filed.

3.    Plaintiff shall file his opposition to Defendants' motion, if any, by October

      17, 2005.

4.    If no motion for summary judgment is filed, counsel shall appear for a

      case management conference in Courtroom III on October 7, 2005, at

      10:30 a.m.

IT IS SO ORDERED.

                              /s/ Kenneth P. Neiman
                              KENNETH P. NEIMAN
                              U.S. Magistrate Judge

## Sharon Lefeave

**From:** ECFnotice@mad.uscourts.gov
**Sent:** Monday, August 29, 2005 12:01 PM
**To:** CourtCopy@mad.uscourts.gov
**Subject:** Activity in Case 3:04-cv-30127-KPN Paren v. Craigie et al "Scheduling Order"

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.**

**United States District Court**

**District of Massachusetts**

Notice of Electronic Filing

The following transaction was received from Stuckenbruck, John entered on 8/29/2005 at 12:00 PM EDT and filed on 8/29/2005
**Case Name:**       Paren v. Craigie et al
**Case Number:**       3:04-cv-30127
**Filer:**
**Document Number:** 25

**Docket Text:**
Judge Kenneth P. Neiman : Electronic ORDER entered. REVISED SCHEDULING ORDER: Case Management Conference set for 10/7/2005 10:30 AM in Courtroom 3 before Magistrate Judge Kenneth P. Neiman if no motion filed. Motion, if any, due by 9/30/2005.(Stuckenbruck, John)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** yes
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1029851931 [Date=8/29/2005] [FileNumber=1103810-0
] [472a1ddca87f7051409d7b396162eb27802e4bf38d25af9dfa42cd739cb689ac3df
1553ff93804be61969bd009e3cde64effdd214c74903dad98f372003804e1]]

## 3:04-cv-30127 Notice will be electronically mailed to:

Lisa Brodeur-McGan     lbrodeurMcGan@verizon.net, slefeave@verizon.net

Jeffrey E. Poindexter     jpoindexter@bulkley.com, cvincent@bulkley.com

## 3:04-cv-30127 Notice will not be electronically mailed to:

Tamsin J. Newman
Morgan, Lewis and Bockius LLP
1701 Market Street

Philadelphia, 19103-2921

Steven R. Wall
Morgan, Lewis & Bockius
1701 Market Street
Philadelphia, PA 19103-2921

Exhibit C

**Sharon Lefeave**

**From:** ECFnotice@mad.uscourts.gov
**Sent:** Monday, October 03, 2005 7:44 AM
**To:** CourtCopy@mad.uscourts.gov
**Subject:** Activity in Case 3:04-cv-30127-KPN Paren v. Craigie et al "Set/Reset Motion and R&R Deadlines/Hearings"

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

United States District Court

District of Massachusetts

Notice of Electronic Filing

The following transaction was received from Finn, Mary entered on 10/3/2005 at 7:43 AM EDT and filed on 10/3/2005
**Case Name:**        Paren v. Craigie et al
**Case Number:**      3:04-cv-30127
**Filer:**
**Document Number:**

**Docket Text:**
Set/Reset Deadlines as to [26] MOTION for Summary Judgment. Pltf's Responses due by 12/17/2005. (Finn, Mary)

The following document(s) are associated with this transaction:

**3:04-cv-30127 Notice will be electronically mailed to:**

Lisa Brodeur-McGan    lbrodeurMcGan@verizon.net, slefeave@verizon.net

Jeffrey E. Poindexter    jpoindexter@bulkley.com, cvincent@bulkley.com

**3:04-cv-30127 Notice will not be electronically mailed to:**

Tamsin J. Newman
Morgan, Lewis and Bockius LLP
1701 Market Street
Philadelphia, 19103-2921

Steven R. Wall
Morgan, Lewis & Bockius
1701 Market Street
Philadelphia, PA 19103-2921

Exhibit D

Lisa Brodeur-McGan

$2476o$

| | |
|---|---|
| **From:** | ECFnotice@mad.uscourts.gov |
| **Sent:** | Wednesday, October 05, 2005 1:38 PM |
| **To:** | CourtCopy@mad.uscourts.gov |
| **Subject:** | Activity in Case 3:04-cv-30127-KPN Paren v. Craigie et al "Set/Reset Motion and R&R Deadlines/Hearings" |

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.**

### United States District Court

### District of Massachusetts

Notice of Electronic Filing

The following transaction was received from Healy, Bethaney entered on 10/5/2005 at 1:38 PM EDT and filed on 10/5/2005

**Case Name:**      Paren v. Craigie et al
**Case Number:**   3:04-cv-30127
**Filer:**
**Document Number:**

**Docket Text:**
Set/Reset Deadlines as to [26] MOTION for Summary Judgment. Pursuant to the court's 08/29/05 Revised Scheduling Order (Doc. No. 25), Plaintiff shall file his response to Defendants' Motion for Summary Judgment by no later than 10/17/2005. (Healy, Bethaney)

The following document(s) are associated with this transaction:

**3:04-cv-30127 Notice will be electronically mailed to:**

Lisa Brodeur-McGan     lbrodeurMcGan@verizon.net, slefeave@verizon.net

Jeffrey E. Poindexter    jpoindexter@bulkley.com, cvincent@bulkley.com

**3:04-cv-30127 Notice will not be electronically mailed to:**

Tamsin J. Newman
Morgan, Lewis and Bockius LLP
1701 Market Street
Philadelphia, 19103-2921

Steven R. Wall
Morgan, Lewis & Bockius
1701 Market Street
Philadelphia, PA 19103-2921

10/5/2005

Exhibit E

**Sharon Lefeave**

| | |
|---|---|
| **From:** | Lisa Brodeur-McGan [lbrodeurmcgan@verizon.net] |
| **Sent:** | Tuesday, October 11, 2005 1:46 PM |
| **To:** | slefeave@verizon.net |
| **Subject:** | FW: paren v. craigie and frey |

**Attachments:**        paren-assented to motion to extend time.DOC



paren-assented
to motion to ex...

            Sharon.   Please print and file

-----Original Message-----
From: tnewman@morganlewis.com [mailto:tnewman@morganlewis.com]
Sent: Friday, October 07, 2005 4:25 PM
To: lbrodeurmcgan@verizon.net
Cc: jpoindexter@bulkley.com
Subject: Fw: paren v. craigie and frey




Lisa, I have revised the assented to motion.  It is attached.  You have our
permission to file this version.  If you believe any additional changes are
necessary, do not file until you have spoken with me or Jeff Poindexter.
You will notice that I have added an Exhibit E.  Please print out this
email (including our emails below from October 5 and 6) and attach it as
Exhibit E.  Thanks.

Tamsin J. Newman
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103-2921
215-963-5201 (tel.)
215-963-5001 (fax)
tnewman@morganlewis.com


----- Forwarded by Tamsin J. Newman/PH/MLBLaw on 10/07/05 04:20 PM -----

        "Lisa
        Brodeur-McGan"
        <lbrodeurmcgan@ve
        rizon.net>                                                    To
                              tnewman@morganlewis.com
        10/07/05 09:10 AM                                             cc
                              "'Sharon Lefeave'"
                              <slefeave@verizon.net>,
                              KRobertson@bulkley.com, "Jeffrey
                              Poindexter"
                              <jpoindexter@bulkley.com>
                                                                 Subject
                              RE: paren v. craigie and frey

1

Tamsin.    Thank you for the courtesy.  I agree to your terms and will file
an assented to motion to modify the same.  I will email you the motion
today.  Can you eye ball the motion today and advise if it is acceptable
and
then I will file with your permission to sign your name or I will give you
permission to sign mine and would ask you to efile it.

Lisa


-----Original Message-----
From: tnewman@morganlewis.com [mailto:tnewman@morganlewis.com]
Sent: Thursday, October 06, 2005 10:07 AM
To: Lisa Brodeur-McGan
Cc: Jeffrey Poindexter; KRobertson@bulkley.com
Subject: paren v. craigie and frey



Lisa, I believe that the 10/17/05 response date is correct according to the
Court's revised scheduling order entered on 8/29/05.  Nonetheless, we will
agree to an extension of Plaintiff's response date by two weeks to
10/31/05, provided that you consent to Defendants' filing of a reply
memorandum two weeks thereafter on 11/14/05 (should we believe it
necessary).   This arrangement allows you a full month to prepare
Plaintiff's response.

Tamsin J. Newman
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103-2921
215-963-5201 (tel.)
215-963-5001 (fax)
tnewman@morganlewis.com

| | | | |
|---|---|---|---|
| "Lisa Brodeur-McGan" <lbrodeurmcgan@verizon.net> | | | To |
| | "Tamsin Newman" <tnewman@morganlewis.com>, "Jeffrey Poindexter" <jpoindexter@bulkley.com>, KRobertson@bulkley.com | | |
| 10/05/05 04:14 PM | | | |
| | | | cc |
| | | | Subject |

Tamsin.   I received a notice of deadline for the sj motion (my opposition)

2

via electronic mail today that I believe to be wrong.  I want to file an
assented motion to obtain more time than 10-17.

I had the date schedule for 12-12.  I believe it was set by M.J.  Neiman. I
received one order re that date and now this one.

May I have your assent to obtain until at least 12-1 for the opposition.
Given my current schedule I need the time for many reasons.  lisa

_____
Lisa Brodeur-McGan
Brodeur-McGan, Attorneys at Law
1380 Main Street, Suite 201
Springfield, MA  01103
(413) 735-1775; Fax: (413) 735-1772


DISCLAIMER
This e-mail message is intended only for the personal
use of the recipient(s) named above. This message may
be an attorney-client communication and as such privileged
and confidential.  If you are not an intended recipient,
you may not review, copy or distribute this message. If
you have received this communication in error, please
notify us immediately by e-mail and delete the original
message.



        (See attached file: paren-assented to motion to extend time.DOC)
DISCLAIMER
This e-mail message is intended only for the personal
use of the recipient(s) named above. This message may
be an attorney-client communication and as such privileged
and confidential.  If you are not an intended recipient,
you may not review, copy or distribute this message. If
you have received this communication in error, please
notify us immediately by e-mail and delete the original
message.