## EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DENNIS PAREN,<br>　　　　Plaintiff,<br><br>v.<br><br>JAMES CRAIGIE, INDIVIDUALLY AND<br>DANIEL FREY, INDIVIDUALLY<br><br>　　　　Defendants. | )<br>)<br>)<br>)<br>)   CIVIL ACTION NO.: 04-30127-MAP<br>)<br>)<br>)<br>)<br>) |

### AGREEMENT TO BE BOUND BY
### STIPULATION OF CONFIDENTIALITY

Intending to be legally bound, the undersigned, in consideration of being shown confidential documents or otherwise receiving confidential information in connection with the above-captioned lawsuit, and as an express prerequisite thereto, does hereby agree to abide by the terms of the foregoing Stipulation and Order of Confidentiality, and further acknowledges that he/she has read and understands all obligations under the Stipulation of Confidentiality.

_____  　　　_____
(Signature)　　　　　　　　　　　　　　　　　(Printed name)

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　(Street)

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　(City, state, zip code)

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　(Telephone)

Dated: _____