UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DENNIS PAREN,<br>　　　　　Plaintiff<br><br>v.<br><br>JAMES CRAIGIE, INDIVIDUALLY<br>and DANIEL FREY, INDIVIDUALLY<br>　　　　　Defendants | CIVIL ACTION NO.: 04-30127-MAP |

## NOTICE OF CHANGE OF ADDRESS

Be advised that the address of Lisa Brodeur-McGan, counsel for Plaintiff Dennis Paren is changed to:

Lisa Brodeur-McGan, Esq.
Brodeur-McGan, Attorneys At Law
1331 Main Street, 2nd Floor
Springfield, MA 01103
(413) 735-1775; Fax 735-1772

　　　　　　　　　　　　　　　　　　　THE PLAINTIFF,
　　　　　　　　　　　　　　　　　　　DENNIS A. PAREN

Date: January 4, 2006　　　By: _____
　　　　　　　　　　　　　　　　Lisa Brodeur-McGan, his attorney
　　　　　　　　　　　　　　　　Brodeur-McGan, Attorneys at Law
　　　　　　　　　　　　　　　　1331 Main Street, 2nd Floor
　　　　　　　　　　　　　　　　Springfield, MA 01103
　　　　　　　　　　　　　　　　BBO# 556755
　　　　　　　　　　　　　　　　Tel (413) 735-1775; Fax (413)735-1772

### CERTIFICATE OF SERVICE

I, Lisa Brodeur-McGan, do hereby certify that I made service of the foregoing document on this 4 day of January, 20065, by first class mail, postage pre-paid, to: Steven R. Wall, Esq. and Tamsin Newman, Esq., Morgan, Lewis & Bockius, LLP, 1701 Market Street, Philadelphia, PA 19103-2921; and Jeffrey E. Poindexter, Esq., Bulkley Richardson & Gelinas, LLP, 1500 Main Street, Suite 2700, Springfield, MA 01115.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Lisa Brodeur-McGan