UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DENNIS PAREN,
    Plaintiff(s)

v.     CIVIL ACTION: 04-30127-MAP

JAMES CRAIGIE and DANIEL FREY,
    Defendant(s)

## JUDGMENT IN A CIVIL CASE

NEIMAN, U.S..M.J..;

    **Jury Verdict.**  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

X     **Decision by the Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

    **IT IS  ORDERED AND ADJUDGED**

    **JUDGMENT entered for the Defendants pursuant to the Memorandum and Order of the Court entered this date granting the Defendants' Motion for Summary Judgment.**

        SARAH A. THORNTON,
        CLERK OF COURT

Dated: June 15,  2006     By  Mary Finn
        Deputy Clerk

(Judgment Civil.wpd - 11/98)     [jgm.]

Case 3:04-cv-30127-KPN   Document 34   Filed 06/15/2006   Page 2 of 2