UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| DENNIS PAREN, | ) | Civil Action No. 04-30127-KPN |
|               Plaintiff | ) | |
| v. | ) | **DEFENDANTS'** |
| | ) | **BILL OF COSTS** |
| JAMES CRAIGIE, INDIVIDUALLY and | ) | |
| DANIEL FREY, INDIVIDUALLY, | ) | |
|               Defendants | ) | |

Pursuant to this Court's June 15, 2006 judgment, and 28 U.S.C. § 1920 and Rule 54(d)(1) of the Federal Rules of Civil Procedure, Defendants James Craigie and Daniel Frey hereby request that costs be taxed against Plaintiff Dennis Paren, in the total amount of **$3,648.55** for the following items:

I. **Court Reporter Fees for Depositions and Transcripts Obtained for Use in the Case (28 U.S.C. § 1920 (2))**

    A.    Deposition of Dennis Paren, conducted December 23, 2004 in Springfield, Massachusetts (copy of invoice from Accurate Court Reporting attached as Exhibit A)     $1,305.50

    B.    Deposition of Peter A. Arturi and Vaughn Rist, conducted May 20, 2005 in Springfield, Massachusetts (copy of invoice from Perlick & Coyle Reporting attached as Exhibit B)     $679.25

    C.    Deposition of Daniel Frey and James Craigie, conducted August 30, 2005 in Princeton, New Jersey (copy of invoice from Charles P. Carmody & Associates attached as Exhibit C)     $1,509.00

                  SUBTOTAL    $3,493.75

II. **Fees for photocopying of Papers (28 U.S.C. § 1920(4))**[1]

| | | |
|---|---|---:|
| A. | Waiver of Service of Summons (James Craigie) 7/29/04, 1 page | $0.36 |
| B. | Waiver of Service of Summons (Daniel Frey) 7/30/04, 1 page | $0.36 |
| C. | Answer and Affirmative Defenses 9/14/04, 6 pages | $2.16 |
| D. | Notice of Deposition Directed to Plaintiff Dennis Paren 10/5/04, 2 pages | $0.72 |
| E. | Rule 26 Initial Disclosure Statement of Defendants James Craigie and Daniel Frey 10/5/04, 2 pages | $0.72 |
| F. | First Set of Interrogatories of Defendants James Craigie and Daniel Frey Directed to Plaintiff Dennis Paren 10/5/04, 6 pages | $2.16 |
| G. | First Request for Production of Documents of Defendants James Craigie and Daniel Frey Directed to Dennis Paren 10/5/04, 8 pages | $2.88 |
| H. | Joint Statement of the Parties 2 pages | $0.72 |
| I. | Certification of Daniel Frey 12/8/04, 1 page | $0.36 |
| J. | Notice of Deposition Directed to Plaintiff Dennis Paren 3/24/05, 2 pages | $0.72 |
| K. | Subpoena to Cindy Carson, DIMON, Incorporated 3/23/05, 2 pages | $0.72 |
| L. | Amended Notice of Deposition Directed to Plaintiff Dennis Paren 4/11/05, 3 pages | $1.08 |

---

[1] *Duplication costs are based upon three copies of each document at a rate of $0.12 per page.*

| | | |
|---|---|---|
| M. | Objections and Responses of Defendant James Craigie to Plaintiff's First Request for the Production of Documents 4/27/05, 8 pages | $2.88 |
| N. | Objections and Responses of Defendant Daniel Frey to Plaintiff's First Request for the Production of Documents 4/27/05, 8 pages | $2.88 |
| O. | Objections and Responses of Defendant Daniel Frey to Plaintiff's First Set of Interrogatories 4/27/05, 17 pages | $6.12 |
| P. | Objections and Responses of Defendant James Craigie to Plaintiff's First Set of Interrogatories 4/27/05, 8 pages | $2.88 |
| Q. | Deposition Subpoena Duces Tecum (Vaughn Rist) 5/10/05, 3 pages | $1.08 |
| R. | Deposition Subpoena Duces Tecum (Peter A. Arturi) 5/10/05, 3 pages | $1.08 |
| S. | Notice of Deposition Directed to Vaughn Rist 5/10/05, 2 pages | $0.72 |
| T. | Notice of Deposition Directed to Peter A. Arturi 5/10/05, 2 pages | $0.72 |
| U. | Subpoena to Ken Ross/Custodian of Records of Willis of New York, Inc. 5/19/05, 2 pages | $0.72 |
| V. | Subpoena to Sue Watson/Custodian of Records of Walker, Truesdell & Associates, Inc. 5/19/05, 2 pages | $0.72 |
| W. | Case Management Report of Defendants James Craigie and Daniel Frey 6/28/05, 19 pages | $6.84 |
| X. | Stipulation of Confidentiality 7/22/05, 7 pages | $2.52 |
| Y. | Confidentiality Log of Defendant James Craigie 8/3/05, 3 pages | $1.08 |

| | | |
|---|---|---:|
| Z. | First Supplemental Confidentiality Log of Defendant James Craigie<br>8/3/05, 3 pages | $1.08 |
| AA. | Confidentiality Log of Defendant Daniel Frey<br>8/3/05, 3 pages | $1.08 |
| BB. | Motion for Summary Judgment of Defendants James Craigie and Daniel Frey, including exhibits<br>9/30/05, 213 pages | $76.68 |
| CC. | Reply Memorandum of Law of Defendants of Their Motion for Summary Judgment<br>11/14/05, 91 pages | $32.76 |
| | **SUBTOTAL** | **$154.80** |
| | **TOTAL** | **$3,648.55** |

## AFFIDAVIT

Under penalty of perjury pursuant to 28 U.S.C. § 1746, I hereby verify that the items listed in the above Bill of Costs were reasonably incurred in this case and are true and correct.

Dated: July 19, 2006

_Tamsin J. Newman_
Tamsin J. Newman