# EXHIBIT A



```
                                        ==============================
                                                I N V O I C E
                                        ==============================

                                        | Invoice Number | Invoice Date |
                                        |    1039221     |   5/26/05    |

MORGAN, LEWIS & BOCKIUS LLP              Job Taken   4/29/05      9715
1701 Market Street
Philadelphia, PA  19103                  Reporter:
                                         Jonathan H. Young - NV

Attn: Tamsin J. Newman, Esq.

------------------------------------------------------------------
Description                                                 Total
------------------------------------------------------------------
Paren v.
Craigie
Witness(s): Dennis A. Paren

Original (expedited & same-day draft)
   231 @ 5.50 per page                                   1,270.50
Express delivery                                            35.00

                                         Invoice Total   1,305.50

                                         Balance Due     1,305.50

           Thank you for using Accurate Court Reporting
```