# EXHIBIT B

**PERLIK and COYLE REPORTING**
1331 Main Street
Springfield, Massachusetts 01103
Tel.: (413) 731-7931  Fax: (413)731-7451

| | |
|---|---|
| Morgan, Lewis & Bockius LLP<br>1701 Market Street<br>Philadelphia, PA 19103 | INVOICE NO.:  9586<br>INVOICE DATE:  6/05/2005<br>REPORTER:<br>Joanne Coyle |
| Tamsin, J. Newman, Esq.<br>Paren vs. Craigie et al | ID#  04-3146918 |

Depos of Peter Arturi & Vaughn Rist

| Date | Description | Amount |
|---|---|---|
| 5/20/2005 | Orig. transcript: 209 pgs @ $3.25pp | 679.25 |
| | Sub Total | 679.25 |
| | Paid | 679.25 |
| | Balance Due | 0.00 |

PLEASE RETURN COPY WITH REMITTANCE