# EXHIBIT
# C

**CHARLES P.**
**CARMODY &**
**ASSOCIATES**

**COURT REPORTING SERVICES**
*PO BOX 525 * AMBLER, PA 19002*
*(215) 646-2599 (OFFICE) * (215) 54~ ~~ ~X) *   DEPOSITION I @ COMCAST.NET*
FED. TAX ID. NO. 23-3077255

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 9/7/2005 | 102740 |

**PAID**

| BILL TO |
|---------|
| Tamsin J. Newman, Esquire |
| MORGAN, LEWIS & BOCKIUS, LLP |
| 1701 Market Street |
| Philadelphia, PA 19103 |

| TERMS |
|-------|
| 30 DAYS NET |

| Service Date | Item | Witness/Case | Amount |
|--------------|------|--------------|--------|
| 8/30/2005 | 1 Copy | 1 Copy. EXPEDITE.<br>USDC, The District of Massachusetts   No. 04-30127-MAP<br>Dennis Paren  vs.  James Craigie and Daniel Prey<br>Depositions of DANIEL FREY (209 pgs.) and JAMES CRAIGIE<br>(148 pgs.) held at the law offices of Morgan, Lewis & Bockius,<br>Carnegie Ctr. #3, Princeton, NJ.  357 total pages. | 1,428.00 |
| | Minuscript | Minuscript. NO CHARGE. | 0.00 |
| | ASCII Disk | ASCII Disk of Transcript Proceedings. NO CHARGE. | 0.00 |
| | E-Delivery | E-Mail ASCii Files on 9/06/05.  NO CHARGE. | 0.00 |
| | Exhibits | 160 Exhibit Copies.  Frey 133 exhibits and Craigie 27 exhibits. | 56.00 |
| | S&H | Shipping & Handling via overnight courier. | 25.00 |
| | | ****************************************************************<br>**************************************************************** | |
| | PAYMENT DUE BY | PAYMENT DUE BY:   October 07, 2005<br>THANK YOU FOR YOUR PROMPT ATTENTION.<br>****************************************************************<br>**************************************************************** | |

Late Fee of $25.00 Applied for Each 30 Days Past Due from Date of Invoice.  FED TAX ID NO.
23-3077255

**Total** | $1,509.00

**VISA, MASTERCARD & AMERICAN EXPRESSS ACCEPTED**