EXHIBIT A

**Accurate Court Reporting**

1500 Main Street • Suite 1412 • Springfield MA 01115
413 747-1806 • FAX 413 747-1818 • Fed. I.D. No. 04-3106129

```
===========================
        I N V O I C E
===========================
| Invoice Number|Invoice Date |
|    1039222    |   5/26/05   |
===========================
```

Cooley Shrair, P.C.
1380 Main Street, 5th Floor
Springfield, MA 01103

Attn: Lisa Brodeur-McGan, Esq.

Job Taken 4/29/05    9715

Reporter:
Jonathan H. Young - NV

```
-----------------------------------------------
Description                              Total
-----------------------------------------------
```
Paren v.
Craigie
Witness(s): Dennis A. Paren

Copy - 231 @ 2.50 per pages              577.50

Postage/handling                          10.00

Invoice Total                            587.50

Balance Due                              587.50
                                        -------

Thank you for using Accurate Court Reporting