**EXHIBIT B**

|   | **Document** | **Costs Billed by Defendant** | **Numbers of Copies Reasonably Necessary** | **Total Properly Billed to Plaintiffs** |
|---|---|---|---|---|
| A. | Waiver of Service of Summons (James Craigie) 7/29/04, 1 Page | $0.36 | 0 | 0 |
| B. | Waiver of Service of Summons (Daniel Frey) 7/30/04, 1 Page | $0.36 | 0 | 0 |
| C. | Answer and Affirmative Defenses 9/14/04, 6 Pages | $2.16 | 0 | 0 |
| D. | Notice of Deposition directed to Plaintiff Dennis Paren 10/5/04, 2 Pages | $0.72 | 1 | 0.24 |
| E. | Rule 26 Initial Disclosure Statement of Defendants James Craigie and Daniel Frey 10/5/004, 2 Pages | $0.72 | 1 | 0.24 |
| F. | First Set of Interrogatories of Defendants James Craigie and Daniel Frey Directed to Plaintiff Dennis Paren 10/5/04, 6 Pages | $2.16 | 1 | 0.72 |
| G. | First Request for Production of Documents of Defendants James Craigie and Daniel Frey directed to Dennis Paren 10/5/04, 8 Pages | $2.88 | 1 | 0.96 |
| H. | Joint Statement of the Parties 2 Pages | $0.72 | 0 | 0 |
| I. | Certification of Daniel Frey 12/8/04, 1 Page | $0.36 | 0 | 0 |
| J. | Notice of Deposition Directed to Plaintiff Dennis Paren 3/24/05, 2 Pages | $0.72 | 1 | 0.24 |
| K. | Subpoena to Cindy Carson, DIMON, Incorporated 3/23/05, 2 Pages | $0.72 | 2 | 0.48 |

**EXHIBIT B**

| | Document | Costs Billed by Defendant | Numbers of Copies Reasonably Necessary | Total Properly Billed to Plaintiffs |
|---|---|---|---|---|
| M. | Objections and Responses of Defendant James Craigie to Plaintiff's First Request for the Production of Documents 4/27/05, 8 Pages | $2.88 | 1 | 0.96 |
| N. | Objections and Responses of Defendant Daniel Frey to Plaintiff's First request for the Production of documents  4/27/05, 8 Pages | $2.88 | 1 | 0.96 |
| O. | Objections and Responses of Defendant Daniel Frey to Plaintiff's first Set of Interrogatories  4/27/05, 17 Pages | $6.12 | 1 | 2.04 |
| P. | Objections and Responses of Defendant James Craigie to Plaintiff's First Set of interrogatories 4/27/05, 8 Pages | $2.88 | 1 | 0.96 |
| Q. | Deposition Subpoena Duces Tecum (Vaughn Rist) 5/10/05, 3 Pages | $1.08 | 2 | 0.72 |
| R. | Deposition Subpoena Duces Tecum (Peter A. Arturi) 5/10/05, 3 Pages | $1.08 | 2 | 0.72 |
| S. | Notice of Deposition directed to Vaughn Rist 5/10/05, 2 Pages | $0.72 | 1 | 0.24 |
| T. | Notice of Deposition Directed to Peter A. Arturi 5/10/05, 2 Pages | $0.72 | 1 | 0.24 |
| U. | Subpoena to Ken Ross/Custodian of Records of  Willis of New York 5/19/05, 2 Pages | $0.72 | 2 | 0.48 |
| V. | Subpoena to Sue Watson/Custodian of Records of Walker, Truesdell & Associates, Inc. 5/19/05, 2 Pages | $0.72 | 2 | 0.48 |

**EXHIBIT B**

|   | **Document** | **Costs Billed by Defendant** | **Numbers of Copies Reasonably Necessary** | **Total Properly Billed to Plaintiffs** |
|---|---|---|---|---|
| W. | Case Management Report of Defendants James Craigie and Daniel Frey 6/28/05, 19 Pages | $6.84 | 0 | 0 |
| X. | Stipulation of Confidentiality 7/22/05, 7 Pages | $2.52 | 0 | 0 |
| Y. | Confidentiality Log of Defendant James Craigie 8/3/05, 3 Pages | $1.08 | 1 | 0.36 |
| Z. | First Supplemental Confidentiality Log of Defendant James Craigie 8/3/05, 3 Pages | $1.08 | 1 | 0.36 |
| AA. | Confidentiality Log of Defendant Daniel Frey 8/3/05, 3 Pages | $1.08 | 1 | 0.36 |
| BB. | Motion for Summary Judgment of Defendants James Craigie and Daniel Frey, including exhibits 9/30/05, 213 Pages | $76.68 | 0 | 0 |
| CC. | Reply Memorandum of Law of Defendants of their Motion for Summary Judgment 11/14/05, 91 Pages | $32.76 | 0 | 0 |
|   | **TOTAL AMOUNT** |   |   | **11.76** |